**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIE J. SMITH, JR., ) | |
| Petitioner, ) | 2:08-cv-1552-GMN-LRL |
| vs. ) | **ORDER** |
| BRIAN WILLIAMS, *et al.*, ) | |
| Respondents. ) | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner.

By order filed February 25, 2010, the Court dismissed Grounds 3, 9, 10, 11, 12, 13, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, and 29 of the federal habeas petition as procedurally defaulted. The Court dismissed Grounds 4, 5, 8, 15, 28, and 30 for failure to state a cognizable claim for federal habeas relief. The Court found that Ground 2 of the petition is unexhausted. The Court further found that the portion of Ground 6 pertaining to unproduced photographs and videotape is exhausted, but the remainder of the Ground 6 (pertaining to Burger Management's change of address, information regarding who authorized the security officers to wear badges, contracts between Burger Management and other entities, and information regarding the credibility of the State's witnesses) is unexhausted. (ECF No. 29).

Petitioner filed a motion to dismiss his unexhausted claims and proceed with the remaining grounds of the petition. (ECF No. 30). The motion to dismiss the unexhausted claims and proceed on the remaining grounds of the petition is granted.

On April 19, 2010, respondents filed an answer to Grounds 1, 7, 14, 16, 27 and the exhausted portion of Ground 6. (ECF No. 31). Petitioner filed his reply on May 6, 2010. (ECF No. 31).

1  Petitioner has requested a copy of the docket sheet in the instant matter. (ECF No. 37).
2  Good cause appearing, petitioner's request for a docket sheet is granted.
3  Petitioner has filed a motion for a hearing in this action. (ECF No. 40). At this juncture, the
4  Court finds no cause for a hearing. The Court will issue an order on the merits of the petition in due
5  course.
6  **IT IS THEREFORE ORDERED** that petitioner's motion to dismiss Ground 2 and the
7  unexhausted portion of Ground 6 of the petition (ECF No. 30) is **GRANTED.**
8  **IT IS FURTHER ORDERED** that petitioner's motion requesting a docket sheet (ECF No.
9  37) is **GRANTED.** The Clerk of Court **SHALL SEND** petitioner a print-out of the current docket
10  sheet from CM/ECF in the instant case.
11  **IT IS FURTHER ORDERED** that petitioner's motion for a hearing (ECF No. 40) is
12  **DENIED.**
13  DATED this 23rd day of February, 2011.

_____
Gloria M. Navarro
United States District Judge