# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

Willie J. Smith, Jr.

Petitioner,

V.

Brian Williams,
Attorney General of the State of Nevada

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:08-cv-01552-GMN -VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that the Petition for Writ of Habeas Corpus is DENIED IN ITS ENTIRETY.

FURTHER ORDERED that petitioner is DENIED A CERTIFICATE OF APPEALABILITY.

Judgment is hereby entered in favor of Respondents and against Petitioner.

July 23, 2012

Date

/s/ Lance S. Wilson

Clerk

/s/ Molly Morrison

(By) Deputy Clerk